# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

June 4, 2025

**Via ECF:**
The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Minchala et al v. Jarro Contracting Co, Inc. et al*
      Civil Docket No.: 7:25-cv-01002-KMK

Dear Judge Karas:

We represent Plaintiffs in this FLSA Action, and we respectfully submit this letter motion to request a brief two-week extension of Plaintiffs' deadline to file their Motion by Order To Show Cause for a Default Judgment and damages in a sum certain ("Motion") against Jarro Contracting Co, Inc., and Fabian Jarro, individually ("Defendants").

This is Plaintiffs' second such request for an extension of time to file their Motion, the first of which was made on May 16, 2025 (ECF Dkt. No. 17), which, on May 19, 2025, the Court granted thereby extending Plaintiffs' deadline until June 6, 2025 (ECF Dkt. No. 18). A granting of this request will not prejudice any of the Defendants, who still have not responded, appeared, answered or otherwise indicated any intention of defending in this action, and to date, remain in default herein.

The reason that this second extension request is being made, is that we are still in the process of drafting the three Plaintiffs' supporting declarations and procuring their supporting materials to be submitted therewith, and it is apparent that some additional time is required to complete this process. As such, we respectfully request a two-week extension for Plaintiffs to do so and submit the Motion on the Court's docket.

A granting of this two-week extension request will also serve to afford Defendants with additional time and opportunity to retain counsel or appear on this matter, and for Defendants or any defense counsel acting on their behalf to interpose a response to the Complaint herein so that

*Plaintiffs' Second Letter-Motion*  
June 4, 2025

Page 2

this matter may be adjudicated on its merits, rather than by a default, as Plaintiffs prefer; or failing same, for Plaintiffs to file their Motion. Moreover, a grant of this request will not affect any other scheduled date or deadline in this matter.

Should Defendants retain counsel in this matter, or contact us directly, we will promptly notify the Court of same. If this request is granted, Plaintiffs anticipate that they will be able to submit the Motion papers on or before Friday, June 20, 2025.

We thank the Court for its kind attention to this matter, and we remain available to provide any additional information.

Granted.

So Ordered.  
6/5/25

Respectfully Submitted,

*Avraham Scher*  
Avraham Y. Scher, Esq.

CC: *Via Mail To:*

**Jarro Contracting Co, Inc., and Fabian Jarro, individually**  
*Attn*: Fabian Jarro

38 Prospect Avenue  
Ossining, NY 10562

188 Tarrytown Road  
White Plains, NY 10607