UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOHN MINCHALA et al,

Plaintiffs,

-against-

JARRO CONTRACTING CO, INC. et al,

Defendants.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

25 Civ. 1002 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The in-person settlement conference in this matter is hereby rescheduled from Friday, October 2, 2026 to **Monday, October 19, 2026 at 9:30 a.m. to 12:30 p.m.**

On or before **Thursday, October 15, 2026**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By **Tuesday, October 6, 2026**, Plaintiffs must make at least one concrete settlement demand, and by **Tuesday, October 13, 2026**, Defendants must make at least one concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

Parties—not just the attorneys—must attend the settlement conference. Corporate parties must send a representative with decision-making authority to settle the matter. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 17, 2026
White Plains, New York

**SO ORDERED.**

Andrew E. Krause
United States Magistrate Judge