**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN MINCHALA, WILSON MINCHALA, and BYRON DE PAZ, on behalf of themselves, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

JARRO CONTRACTING CO, INC., and FABIAN JARRO, individually,

Defendants.

Docket No. 7:25-cv-01002 (KMK)(AEK)

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs JOHN MINCHALA, WILSON MINCHALA, and BYRON DE PAZ ("Plaintiffs"), through undersigned counsel, hereby serve written notice that they accept the Offer of Judgment made by Defendants JARRO CONTRACTING CO, INC. and FABIAN JARRO ("Defendants"), dated November 20, 2026, a true and correct copy of which is attached hereto as Exhibit A.

Dated: New York, New York
November 20, 2026

Respectfully submitted,

/s/

Elizabeth Pollock, Esq.
Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, New York 10022
Office: 212.227.5700
Fax: 212.656.1889
Attorneys for Plaintiffs

The Clerk is respectfully directed to close this case.

So Ordered.

11/23/26

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I caused a true and correct copy of the foregoing Notice of Acceptance of Defendants' Offer of Judgment, with Exhibit A, to be served on all parties and filed with the Clerk of Court for the United States District Court for the Southern District of New York using the CM/ECF system.

/s/

Elizabeth Pollock, Esq.
Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, New York 10022
Attorneys for Plaintiffs

Case 7:25-cv-01002-KMK-AEK Document 70 Filed 11/20/26 Page 3 of 7

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN MINCHALA, WILSON MINCHALA, and BYRON DE PAZ, on behalf of themselves, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

JARRO CONTRACTING CO, INC., and FABIAN JARRO, individually,

Defendants.

Docket No. 7:25-cv-01002 (KMK)(AEK)

**DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants JARRO CONTRACTING CO, INC. and FABIAN JARRO ("Defendants") hereby offer to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiffs JOHN MINCHALA, WILSON MINCHALA, and BYRON DE PAZ ("Plaintiffs"), in the total sum of Forty Thousand Dollars and No Cents ($40,000.00) (the "Judgment Amount"), inclusive of attorneys' fees, expenses, and costs, to resolve all of Plaintiffs' claims against Defendants in this action.

Payment on the Judgment Amount shall be paid as follows: (a) an initial payment of Ten Thousand Dollars ($10,000.00) on or before December 31, 2026, and (b) twelve (12) consecutive monthly installments of Two Thousand Five Hundred Dollars ($2,500.00) each, the first due on or before January 31, 2027 and each subsequent installment due on or before the last day of each month thereafter, with the final installment due on or before December 31, 2027. Each payment shall be made by certified check payable to "Joseph & Norinsberg, LLC, as attorneys for Plaintiffs" and delivered to Joseph & Norinsberg, LLC, 825 Third Avenue, Suite 2100, New York, New York 10022.

In the event any payment is not received in full within five (5) business days of its due date, then (a) an amount equal to double the entire unpaid balance of the Judgment Amount shall become immediately due and payable; (b) a late payment penalty of 8%, compounded monthly (or the highest rate allowed by law in New York State if less than 8%), shall accrue automatically on the outstanding balance; and (c) Plaintiffs may enforce the judgment as to the unpaid balance and accrued penalty by any means permitted by law. No notice from Plaintiffs shall be required. So long as each payment is timely made, Plaintiffs shall not enforce the judgment.

Entry of judgment pursuant to this Offer of Judgment shall be in full satisfaction of all claims asserted by Plaintiffs against Defendants in the Complaint (Dkt. No. 1), and Plaintiffs shall file a satisfaction of judgment upon receipt of payment in full.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffered any damages.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiffs serve written notice of their acceptance within fourteen (14) days after being served with this Offer of Judgment. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

Case 7:25-cv-01002-KMK-AEK Document 70 Filed 11/20/26 Page 6 of 7

Dated: White Plains, New York
November 20, 2026

/s/

Mario DeMarco, Esq.
LAW OFFICE OF MARIO DEMARCO, PC
1 Gateway Plaza, 2nd Floor
914-937-2213
demarcomario@aol.com

Attorneys for Defendants

Case 7:25-cv-01002-KMK-AEK Document 70 Filed 11/20/26 Page 7 of 7

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I caused Defendants' Offer of Judgment to be served, via electronic mail, upon Plaintiffs' counsel of record in this matter:

Elizabeth Pollock, Esq.
Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, New York 10022
epollock@employeejustice.com

By: ______/s/____________________
Mario DeMarco, Esq.